■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Judgment of conviction and order unanimously affirmed. Memorandum: The verdict of the jury is amply supported by the evidence. We have considered the numerous errors alleged to have been committed upon the trial. We conclude that none of these errors adversely affected the substantial rights of the defendant and we affirm pursuant to the mandate of section 542 of the Code of Criminal Procedure. (Appeal from judgment of Erie County Court convicting defendant of grand larceny, first and second degree, forgery, second degree and conspiracy. The order denied a motion to set aside the verdict and for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT D. FIORE (Also Known as " CRICKY " FIORE), Appellant.— Judgment of conviction unanimously affirmed. Memorandum: The verdict of the jury is amply supported by the evidence. We have considered the numerous errors alleged to have been committed upon the trial. We conclude that none of these errors adversely affected the substantial rights of the defendant and we affirm pursuant to the mandate of section 542 of the Code of Criminal Procedure. (Appeal from judgment of Oneida Extraordinary Special and Trial Term convicting defendant of the crimes of conspiracy to obstruct justice, prostitution of women, perjury, second degree, perjury, first degree, and inducing another to commit perjury.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS P. O'DOWD, Appellant.— Same decision as in case of *People* v. *Fiore* (16 A D 2d 875). (Appeal from judgment of Oneida Extraordinary Special and Trial Term convicting defendant of the crimes of conspiracy to obstruct justice, inducing another to commit perjury and bribing a witness.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.